No. 24-2082

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Equal Employment Opportunity Commission,
    Plaintiff-Appellant,

v.

BNSF Railway Company,
    Defendant-Appellee.

On Appeal from the United States District Court
for the District of Nebraska

**BILL OF COSTS FOR THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**

Pursuant to Federal Rule of Appellate Procedure 39 and Eighth

Circuit Rule 39A, the Equal Employment Opportunity Commission (EEOC)

respectfully asks this Court to tax costs against BNSF Railway Co. in the

amount of $2,781.30 in the above-captioned case. As support, the EEOC

submits the attached Verified Bill of Costs.

Respectfully submitted,

ANDREW B. ROGERS
Acting General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

DARA S. SMITH
Assistant General Counsel

/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(202) 921-2564
steven.winkelman@eeoc.gov

September 11, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the caption and signature block, it contains 50 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Book Antiqua 14 point.

/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney

September 11, 2025

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2025, I electronically filed the

foregoing motion in PDF format with the Clerk of Court via the appellate

CM/ECF system. I certify that all counsel of record are registered CM/ECF

users, and service will be accomplished via the appellate CM/ECF system.


/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney

September 11, 2025

No. 24-2082

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Equal Employment Opportunity Commission,
    Plaintiff-Appellant,

v.

BNSF Railway Company,
    Defendant-Appellee.

On Appeal from the United States District Court
for the District of Nebraska

**VERIFIED BILL OF COSTS**

Pursuant to Federal Rule of Appellate Procedure 39 and Eighth Circuit Rule 39A, the Equal Employment Opportunity Commission (EEOC) submits the following costs. The EEOC printed its briefs, addenda, and appendices in-house and thus requests reproduction costs at the rates set forth in Eighth Circuit Rule 39A(a)(4). The EEOC respectfully asks this Court to tax costs against BNSF Railway Co. as follows:

| Document | Pages Cost per Copy | Cover Cost per Copy | Binding Cost per Copy | Copies | Cost |
|---|---|---|---|---|---|
| Appellant Opening Brief with Addendum | $30 (200 x $0.15) | $2 | $2 | 11 | $374.00 |
| Joint Appendix Volume 1 | $49.35 (329 x $0.15) | $2 | $2 | 4 | $213.40 |
| Joint Appendix Volume 2 | $44.10 (294 x $0.15) | $2 | $2 | 4 | $192.40 |
| Joint Appendix Volume 3 | $46.80 (312 x $0.15) | $2 | $2 | 4 | $203.20 |
| Joint Appendix Volume 4 | $52.50 (350 x $0.15) | $2 | $2 | 4 | $226.00 |
| Joint Appendix Volume 5 | $37.50 (250 x $0.15) | $2 | $2 | 4 | $166.00 |
| Joint Appendix Volume 6 | $44.85 (299 x $0.15) | $2 | $2 | 4 | $195.40 |

| Document | Pages Cost per Copy | Cover Cost per Copy | Binding Cost per Copy | Copies | Cost |
|---|---|---|---|---|---|
| Joint Appendix Volume 7 | $44.70 (298 x $0.15) | $2 | $2 | 4 | $194.80 |
| Joint Appendix Volume 8 | $48.90 (326 x $0.15) | $2 | $2 | 4 | $211.60 |
| Joint Appendix Volume 9 | $55.05 (367 x $0.15) | $2 | $2 | 4 | $236.20 |
| Joint Appendix Volume 10 | $57.60 (384 x $0.15) | $2 | $2 | 4 | $246.40 |
| Joint Appendix Volume 11 | $48.15 (321 x $0.15) | $2 | $2 | 4 | $208.60 |
| Appellant Reply Brief | $6.30 (42 x $0.15) | $2 | $2 | 11 | $113.30 |
| **TOTAL AMOUNT REQUESTED** | | | | | **$2,781.30** |

I, Steven Winkelman, declare under penalty of perjury that services

for which fees have been charged were incurred in this action at the EEOC

and that services for which fees have been charged were actually and

necessarily performed.

Executed this 11th day of September 2025.

/s/ Steven Winkelman
STEVEN WINKELMAN
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(202) 921-2564
steven.winkelman@eeoc.gov